SAMUEL SOLOMOVITZ, an Infant, by RACHEL SOLOMOVITZ, His Guardian

ad Litem, Respondent, v. GEORGE C. TAYLOR, as President of AMERICAN EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

LOUIS GORSKY, as Administrator, etc., Respondent, v. NORTH SIDE STORAGE WAREHOUSE COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.